IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.

ORLANDO ARTHRITIS INSTITUTE,
P.A.,

    Plaintiff,

vs.

HARTFORD CASUALTY INSURANCE
COMPANY,

    Defendant.
_____/

## **PETITION FOR REMOVAL**

TO:    The Honorable Judges of the United States District Court
        for the Middle District of Florida

HARTFORD CASUALTY INSURANCE COMPANY ("Hartford"), hereby Petitions for Removal of the above-styled action from the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, to this Court. Removal is proper on the following grounds:

1. Plaintiff, ORLANDO ARTHRITIS INSTITUTE, P.A., commenced a civil action in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, styled *Orlando Arthritis Institute, P.A. v. Hartford Casualty Insurance Company,* Case No.: 2020-CA-006954-O. (*See* Pl. Compl., attached hereto as **Exhibit A**.).

2. The Summons and Complaint in this case were served on this Defendant's registered agent on July 16, 2020. (*See* Not. Service of Process, attached hereto as **Exhibit B**.).

3. The Plaintiff's Complaint alleges "On or about March 20, 2018, Plaintiff's insured property was significantly damaged by a storm involving severe rain, hail and winds. The loss and damage

to Plaintiff's covered property resulted from a peril for which the policy of insurance issued by Defendant provides coverage." (See Pl. Compl. ¶7, 9).

4. Further, the Complaint alleges "Plaintiff has requested that HCIC [Hartford] pay for said damages, but HCIC has failed and refused to fully pay the aforementioned damages." (See Complaint ¶12).

5. The Complaint does not specifically allege an amount in controversy, and instead simply alleges, "The amount in controversy in this action exceeds the sum of Thirty Thousand Dollars ($30,000.00), exclusive of pre-judgment interest, court costs, and attorney's fees." (*See* Pl. Compl. ¶3). However, counsel for Plaintiff provided undersigned counsel's office an estimate prepared by JA Edwards of America for the repair of the subject property in the amount of $114,296.80 (*See* Plaintiff's estimate attached hereto as **Exhibit C**.). Thus, it is clear Plaintiff is seeking damages in excess of the $75,000.00 amount in controversy required for diversity jurisdiction.

6. Upon information and belief, Plaintiff was and is an Orlando, Florida corporation with its principal place of business in Orlando, Florida, conducting business in Orange County, Florida. Accordingly, Plaintiff is a corporation with its Principal Place of Business in Florida. *See* 28 U.S.C. § 1332(c)(1) ("a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business.")

7. At the time of the filing of the Complaint and Notice of Removal, and at all times material hereto, Hartford was and is a Connecticut corporation with its principal place of business in Hartford, Connecticut. Accordingly, Hartford is a foreign corporation.

8. Removal of this action is proper under 28 U.S.C. § 1332, which allows for District Court jurisdiction over, "all civil actions where the matter in controversy exceeds the sum or value of

$75,000.00," and is between citizens of a different States. 28 U.S.C. § 1332, 1441 and 1446, *et seq*.

9. Venue is proper in this Court under 28 U.S.C. § 1332.

10. Given the aforementioned, Defendant asserts the amount in controversy in this matter exceeds the jurisdictional minimum, exclusive of interest and costs, pursuant to the estimate produced on Plaintiff's behalf. *See Logsdon v. Duron, Inc.,* Case No.: 3:05cv243J-16HTS, 2005 WL 1163095, at *2 (M.D. Fla. May 17, 2005) (holding that a removing defendant need only show that the amount in controversy will "more likely than not" be satisfied when a plaintiff does not claim a specific amount of damages).

11. Hartford has filed its Petition for Removal within 30 days of receiving service of the Complaint. Thus, Hartford has timely filed the instant Petition for Removal.

12. Following the filing of this Petition with this Court, written notice of the filing of same will be provided to the attorney for Plaintiffs, as required by law.

13. Following the filing of this Petition with this Court, a true and accurate copy of the same will be filed with the Clerk of Court of the Ninth Judicial Circuit in and for Orange County, Florida, as required by law.

14. Pursuant to 28 U.S.C. § 1446(a), Defendant simultaneously files a true and legible copy of important process, pleadings, and orders on file in the state court with this Petition for Removal.

WHEREFORE, Hartford Casualty Insurance Company, respectfully requests that the above-styled action be removed to the United States District Court for the Middle District of Florida.

**Dated: August 14, 2020**

Respectfully submitted,

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**

|  |  |  |
|---|---|---|
| By | : | /s/ Michael A. Packer<br>Michael A. Packer<br>Florida Bar No.: 121479 |
| Primary | : | mapacker@mdwcg.com<br>Danielle N. Robinson<br>Florida Bar No.: 13921 |
| Primary | : | dnrobinson@mdwcg.com<br>100 NE 3rd Avenue, Suite 1100<br>Fort Lauderdale, FL 33301<br>Phone: (954) 847-4920 |
| Secondary |  | mspenela@mdwcg.com<br>kafriday@mdwcg.com<br>rrgomez@mdwcg.com<br>pleadingsftl@mdwcg.com |
| Attorneys for |  | *HARTFORD CASUALTY INSURANCE COMPANY* |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was sent by electronic mail on August 14, 2020, to Rajeev T. Nayee, Esq., RTN Law, P.A., 1300 N. Semoran Blvd., Suite 215, Orlando, FL 32807, service@rtnlaw.com; rtn@rtnlaw.com; dt@rtnlaw.com.

s/ Michael A. Packer<br>Michael A. Packer

MAP/rg